UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS TABBERT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HOWMEDICA OSTEONICS CORP.,<br><br>　　　　Defendant. | No.  2:16-mc-46-KJM-EFB<br><br><br>ORDER |

This case was before the court on April 27, 2016, for hearing on defendant Howmedica Osteonics Corp.'s motion to quash a subpoena plaintiff Thomas Tabbert served on nonparty Gallup, Inc.[1] ECF No. 6.  Attorney Matthew Crotty appeared on behalf of plaintiff; attorneys Tracy Billows and Michelle Christian appeared on behalf of defendant.  For the reasons stated on the record, defendant's motion to quash is granted in part and denied in part as follows:

　　1.  The motion to quash is granted as to items 1, 2, and 4, of the subpoena, and Gallup shall produce the responsive Gallup Sales Representative Profiles within 7 days of the date of this order.

　　2.  The motion is granted in part as to item 3 of the subpoena insofar as plaintiff shall tailor item 3 to exclude documents relating to routine administrative matters.

---

[1] This miscellaneous case is before the undersigned pursuant to Local Rule 302(c)(1). *See* 28 U.S.C. § 636(b)(1).

1

3. All documents produced pursuant to the subpoena shall be designated Attorneys' Eyes Only per the protective order governing the underlying case filed in the Eastern District of Washington.

4. The Clerk is directed to terminate all pending motions and close this miscellaneous case.

DATED: May 5, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE